UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
D.P. WOLFF, INC.,

          Plaintiff,

v.

FIDELITY AND DEPOSIT COMPANY OF
MARYLAND,

          Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

20 CV 10824 (VB)

      On December 22, 2020, plaintiff commenced the instant action against defendant Fidelity and Deposit Company of Maryland. (Doc. #1). On January 12, 2021, the Clerk of Court issued summons as to defendant. (Doc. #12).

      On April 9, 2020, the Court issued an order instructing plaintiff that this case would be dismissed unless, by April 23, 2021, plaintiff either: (i) filed to the ECF docket proof of service, indicating defendant was served on or before March 22, 2021, or (ii) showed good cause in writing for its failure to comply with Rule 4(m). (Doc. #13).

      To date, plaintiff has not responded to the Court's April 9, 2021, Order, and has provided no good cause for its failure to comply with Rule 4(m).

      Accordingly, this case is dismissed without prejudice pursuant to Rule 4(m).

      The Clerk is instructed to close this case.

Dated: April 26, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge